### 1628.   JOHNSON *v.* THE STATE.

HILL, C. J.   No error appears, and the verdict is supported by the evidence.

*Judgment affirmed.*

Conviction of shooting at another, from Warren superior court —Judge Worley.   December 7, 1908.

Submitted February 9,—Decided February 16, 1909.

*M. L. Felts,* for plaintiff in error.

*Thomas J. Brown, solicitor-general, David W. Meadow,* contra.